IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ANTHONY CAIRNS,             )
                            )
            Plaintiff,      )
                            )       CIVIL ACTION
vs.                         )
                            )       Case No. 4:22-CV-01037
G2 MCKINNEY, LLC and        )
QUADTEX ADRIATICA LLC,      )
                            )
            Defendant.      )

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, G2 MCKINNEY, LLC and QUADTEX ADRIATICA LLC.

Plaintiff and Defendants, G2 MCKINNEY, LLC and QUADTEX ADRIATICA LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 15th day March, 2023.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/ Douglas S. Schapiro
                                        Douglas S. Schapiro, Esq.
                                        State Bar No. 54538FL
                                        The Schapiro Law Group, P.L
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 15th day of March, 2023.

                                        /s/ Douglas S. Schapiro
                                        Douglas S. Schapiro, Esq.
                                        State Bar No. 54538FL