IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ANTHONY CAIRNS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-1037-SDJ-KPJ |
| | § | |
| **G2 MCKINNEY, LLC and QUADTEX ADRIATICA LLC,** | § § § | |
| | § | |
| Defendant. | | |

## ORDER

On March 15, 2023, Plaintiff Antony Cairns ("Plaintiff") filed a Notice of Settlement (Dkt. 11), wherein Plaintiff represented that he and Defendants G2 McKinney, LLC and Quadtex Adriatica LLC ("Defendants", and together with Plaintiff, the "Parties") have reached a settlement of all issues pertaining to Plaintiff's case. *See id.* Plaintiff further represented that the Parties expect to file closing papers within thirty (30) days. *See id.*

**IT IS ORDERED** that the Parties shall submit to the Court all papers necessary for the resolution of the claims between them no later than **April 14, 2023.** If such papers are not received by the Court by the scheduled deadline, and if the Parties have not requested an extension of the deadline, the Court may order the Parties to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

So ORDERED and SIGNED this 15th day of March, 2023.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE