IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) Case No. 4:22-CV-01037 |
| G2 MCKINNEY, LLC and | ) |
| QUADTEX ADRIATICA LLC, | ) |
|         Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT**
**WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS and Defendants, G2 MCKINNEY, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, SHWU YING WANG LLC and QUADTEX ADRIATICA LLC, and this entire case with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 31st day of March, 2023.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

>  */s/ Richard M. Hunt*
> Richard M. Hunt, Esq.
> State Bar No. 10288700
> Hunt Huey PLLC
> 3010 Mountain Ash Court
> Garland, TX  75044
> (214) 641-9182
> Email:  rhunt@hunthuey.com
>
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

> /s/  Douglas S. Schapiro
> Douglas S. Schapiro
> State Bar No. 54538FL